442 A.2d 336

Commonwealth v. Katzman, Appellant.

Argued September 30, 1981.  Richard H. Martin, for appellant; Dara A. DeCourcy, Assistant Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed on the opinion by the Honorable Ralph J. Cappy, Court of Common Pleas, Allegheny County.